NORTH BROWARD HOSPITAL DISTRICT

       Plaintiff,

vs.

CIGNA HEALTHCARE, INC.

       Defendant(s).

_____/

CASE NO.

COMPLAINT FOR DAMAGES
---------------------
Attorney Bar No. 94234

COMES NOW, the Plaintiff, by and through its undersigned attorneys and sues the Defendant(s) and states as follows:

GENERAL ALLEGATIONS

1. This is an action for damages that are within the Court's jurisdictional limits.
2. That the patient received services in this County and that payment is due from Defendant(s) in the County.
3. Defendant/Insurance Company is an insurance company authorized to do business in Florida.

COUNT I

Plaintiff realleges paragraphs 1 through 3 above and further states that:

4. On or prior to the date of admission as indicated on Exhibit "A", Defendant/Insurance Company did issue a policy of hospitalization insurance, a copy of which is in the care, custody and control of Defendant/Insurance Company, to the insured, Patient. Exhibit "A" is not included as an attachment to the Complaint, because including same would require Plaintiff to violate Federal HIPAA rules involving patient privacy. A copy of the Complaint with Exhibit "A" will be provided to Defendant(s) when an appearance is entered in the lawsuit or a request is made upon Plaintiff for same.

5. That all premiums due and owing for the period from the date of admission up to and including the date of discharge of the hospitalization that is being sued upon herein, had been timely paid.

6. That the claim for hospitalization services rendered to the Patient from the admission date up to and including the discharge date had been timely made in the proper manner and all conditions precedent and subsequent as stated in the insurance contract have been complied with.

7. Demands have been made upon the Defendant/Insurance Company for payment of the outstanding indebtedness.

8. To date, Defendant/Insurance Company has failed and refused to make payment, therefore forcing the filing of this action.

WHEREFORE, Plaintiff demands judgment in its favor and against Defendant/Insurance Company in the principal sum of $    8,754.00 together with court costs, interest, and any other relief which the court may deem just and proper.

## COUNT II

Plaintiff realleges paragraphs 1 through 3 above and further states that:

9.   This is an action for promissory estoppel.

10.   Defendant/Insurance Company, through its authorized agent or person with apparent authority, promised, it would pay for the services and supplies rendered by Plaintiff in treating the patient.

11.   Plaintiff relied to its detriment on the promise of the Defendant/Insurance Company to the hospital bills incurred by the patient's treatment at Plaintiff Hospital.

12.   Plaintiff would not have accepted the admission of this patient had the Defendant not promised to pay for the medical expenses incurred.

13.   Plaintiff has been damaged by Defendant's breach of its agreement to pay for the expenses incurred and Defendant is therefore estopped from refusing to pay the charges incurred as more fully set forth on Exhibit "A". Exhibit "A" is not included as an attachment to the Complaint, because including same would require Plaintiff to violate Federal HIPAA rules involving patient privacy.  A copy of the Complaint with Exhibit "A" will be provided to Defendant(s) when an appearance is entered in the lawsuit or a request is made upon Plaintiff for same.

WHEREFORE, Plaintiff demands judgment against the Defendant/Insurance Company for the amount of $ 8,754.00, plus interest, court costs, and any other relief that this court may deem just and proper.

SAGE LAW OFFICES
Attorneys for Plaintiff
1300 Sawgrass Corporate Parkway
Suite 140
Sunrise, Florida 33323
(954) 835-0302
Email:Eharvey@sagelaw.com

EDWARD M. HARVEY, ESQ.

This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.

FILE NO. 002061918
IO

## North Broward Hospital District Plaintiff vs. Cigna Healthcare Inc Defendant

**Broward County Case Number:** COCE21021346
**State Reporting Number:** 062021CC021346AXXXCE
**Court Type:** Civil
**Case Type:** * CC Damages > $8,000 - $15,000
**Incident Date:** N/A
**Filing Date:** 04/23/2021
**Court Location:** Central Courthouse
**Case Status:** Pending
**Magistrate Id / Name:** N/A
**Judge ID / Name:** 52 Miranda, Giuseppina

### − Party(ies)

Total: 2

| Party Type | Party Name | ❓ Address | ❓ Attorneys / Address ★ Denotes Lead Attorney |
|---|---|---|---|
| Plaintiff | **North Broward Hospital District** | | ★ Harvey, Edward Mayo, Jr. Retained Bar ID: 94234 1300 Sawgrass Corporate PKWY STE 140 Sunrise, FL 33323-2823 **Status: Active** |
| Defendant | **Cigna Healthcare Inc** | | |

### − Disposition(s)

Total: 0

| Date | Statistical Closure(s) |
|---|---|

| Date | Disposition(s) | View | Page(s) |
|---|---|---|---|

### − Event(s) & Document(s)

Total: 4

| Date | Description | Additional Text | View | Pages |
|---|---|---|---|---|

| Date | Description | Additional Text | View | Pages |
|---|---|---|---|---|
| 05/10/2021 | **Summons Returned Served** | 30th day of April, 2021 | 📄 | 3 |
| 04/23/2021 | **Civil Cover Sheet** | Amount: $8,001.00 | 📄 | 3 |
| 04/23/2021 | **eSummons Issuance** | | 📄 | 2 |
| 04/23/2021 | **Complaint (eFiled)** | | 📄 | 2 |

**−** Hearing(s)      Total: 0

There is no Disposition information available for this case.

**−** Related Case(s)      Total: 0

There is no related case information available for this case.

**FORM 1.997.    CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

_____

I.    **CASE STYLE**

IN THE CIRCUIT COURT OF THE <u>SEVENTEENTH</u>  JUDICIAL CIRCUIT,
IN AND FOR <u>BROWARD</u>  COUNTY, FLORIDA

<u>NORTH BROWARD HOSPITAL DISTRICT</u>
Plaintiff                                                     Case # _____
                                                                 Judge _____

vs.

<u>CIGNA HEALTHCARE, INC.</u>
Defendant

_____

II.    **AMOUNT OF CLAIM**

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

☐  $8,000 or less
☒  $8,001 - $30,000
☐  $30,001- $50,000
☐  $50,001- $75,000
☐  $75,001 - $100,000
☐  over $100,000.00

III.    **TYPE OF CASE**      (If the case fits more than one type of case,  select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

*** FILED: BROWARD COUNTY, FL  BRENDA D. FORMAN,  CLERK 04/23/2021 02:41:08 PM.****

## CIRCUIT CIVIL

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☐ Negligence—other
    ☐ Business governance
    ☐ Business torts
    ☐ Environmental/Toxic tort
    ☐ Third party indemnification
    ☐ Construction defect
    ☐ Mass tort
    ☐ Negligent security
    ☐ Nursing home negligence
    ☐ Premises liability—commercial
    ☐ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
    ☐ Commercial foreclosure
    ☐ Homestead residential foreclosure
    ☐ Non-homestead residential foreclosure
    ☐ Other real property actions

☐ Professional malpractice
    ☐ Malpractice—business
    ☐ Malpractice—medical
    ☐ Malpractice—other professional
☐ Other
    ☐ Antitrust/Trade regulation
    ☐ Business transactions
    ☐ Constitutional challenge—statute or ordinance
    ☐ Constitutional challenge—proposed amendment
    ☐ Corporate trusts
    ☐ Discrimination—employment or other
    ☐ Insurance claims
    ☐ Intellectual property
    ☐ Libel/Slander
    ☐ Shareholder derivative action
    ☐ Securities litigation
    ☐ Trade secrets
    ☐ Trust litigation

## COUNTY CIVIL

☐ Small Claims up to $8,000
☒ Civil
☐ Real property/Mortgage foreclosure

☐ Replevins
☐ Evictions
    ☐ Residential Evictions
    ☐ Non-residential Evictions
☐ Other civil (non-monetary)

## COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

**IV.**     **REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☐ Nonmonetary declaratory or injunctive relief;
☐ Punitive

**V.**     **NUMBER OF CAUSES OF ACTION:** [   ]
(Specify)

  2

**VI.**     **IS THIS CASE A CLASS ACTION LAWSUIT?**
    ☐ yes
    ☒ no

**VII.**     **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
    ☒ no
    ☐ yes If "yes," list all related cases by name, case number, and court.

**VIII.**     **IS JURY TRIAL DEMANDED IN COMPLAINT?**
    ☐ yes
    ☒ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: s/ Edward Mayo Harvey Jr.          Fla. Bar # 94234
        Attorney or party                     (Bar # if attorney)

Edward Mayo Harvey Jr.               04/23/2021
   (type or print name)                 Date

IN THE COUNTY COURT IN AND FOR
BROWARD COUNTY, FLORIDA

NORTH BROWARD HOSPITAL DISTRICT

             PLAINTIFF(S)

VS.

CIGNA HEALTHCARE, INC.

             DEFENDANT(S)
_____/

CASE NO.
GENERAL JURISDICTION DIVISION

## SUMMONS
### PERSONAL SERVICE ON A NATURAL PERSON

TO: CIGNA HEALTHCARE, INC.     OR: R/A CT CORPROATION SYSTEM
    1601 CHESTNUT STREET
    TWO LIBERTY PLACE          1200 SOUTH PINE ISLAND RD
    PHILDELPHIA, PA 19192     PLANTATION, FL 33324

### IMPORTANT
A LAWSUIT HAS BEEN FILED AGAINST YOU. YOU HAVE TWENTY (20)
CALENDAR DAYS AFTER THIS SUMMONS IS SERVED ON YOU TO FILE A WRITTEN
RESPONSE TO THE ATTACHED COMPLAINT WITH THE CLERK OF THE COURT. A PHONE
CALL WILL NOT PROTECT YOU. YOUR WRITTEN RESPONSE, INCLUDING THE CASE
NUMBER GIVEN ABOVE AND THE NAMES OF THE PARTIES, MUST BE FILED IF
YOU WANT THE COURT TO HEAR YOUR SIDE OF THE CASE. IF YOU DO NOT
FILE YOUR RESPONSE ON TIME, YOU MAY LOSE THE CASE, AND YOUR WAGES,
MONEY, AND PROPERTY MAY THEREAFTER BE TAKEN WITHOUT FURTHER WARNING
FROM THE COURT. THERE ARE OTHER LEGAL REQUIREMENTS. YOU MAY WANT TO
CALL AN ATTORNEY RIGHT AWAY. IF YOU DO NOT KNOW AN ATTORNEY, YOU MAY
CALL AN ATTORNEY REFERRAL SERVICE OR A LEGAL AID OFFICE (LISTED IN THE
PHONE BOOK).

IF YOU CHOOSE TO FILE A WRITTEN RESPONSE YOURSELF, AT THE SAME
TIME YOU FILE YOUR WRITTEN RESPONSE TO THE COURT, YOU MUST ALSO MAIL
OR TAKE A COPY OF YOUR WRITTEN RESPONSE TO THE "PLAINTIFF/PLAINTIFF'S
ATTORNEY" NAMED BELOW.

                              SAGE LAW OFFICES
                              1300 Sawgrass Corporate Parkway
                              Suite 140
                              Sunrise, Florida 33323
                              (954) 835-0302

EDWARD M. HARVEY, ESQ.
------------------------------
PLAINTIFF/PLAINTIFF'S ATTORNEY

                              ADDRESS
                              Email:Eharvey@sagelaw.com
                              -------------------------------------

TO THE STATE OF FLORIDA
TO EACH SHERIFF OF THE STATE: YOU ARE COMMANDED TO SERVE THIS SUMMONS
AND A COPY OF THE COMPLAINT IN THIS LAWSUIT ON THE ABOVE NAMED DEFENDANT.
DATED ON: _____APR 26 2021_____.

                              BROWARD COUNTY COURT

                              AS CLERK OF _____ COUNTY

                              BY:_____
                              AS DEPUTY CLERK
                              BRENDA D. FORMAN

FILE NUMBER: 002061918 (CONTINUE DE L-AUTRE COTE)(CONTINUADO POR EL OTRO LADO)

*** FILED: BROWARD COUNTY, FL BRENDA D. FORMAN, CLERK 04/23/2021 02:41:08 PM.****

## IMPORTANTE

USTED HA SIDO DEMANDADO LEGALMENTE.  TIENE 20 DIAS, CONTADOS A PARTIR DEL RECIBO DE ESTA NOTIFICACION, PARA CONTESTAR LA DEMANDA ADJUNTA, POR ESCRITO, Y PRESENTARIA ANTE ESTE TRUBUGAL.  UNA LLAMADA TELEFONICA NO LO PROTEGERA.  SI USTED DESEA QUE EL TRIBUNAL CONSIDERE SU DEFENSA, DEBE PRESENTAR SU RESPUESTA POR ESCRITO, INCLOYENDO EL NUMERO DEL CASO Y LOS NOMBRES DE LAS PARTES INTERESADAS.  SI USTED NOCONTESTA LA DEMANDA A TIEMPO, PUDIESE PERDER EL CASO Y PODRIA SER DESPOJADO DE SUS INGRESOS Y PROPRIEDADES, A PRIVADO DE SUS DERECHOS, SIN PREVIO AVISO DEL TRIBUNAL. EXISTEN OTROS REQUISITOS LEGALES.  SI LO DESEA, PUEDE USTED CONSULTAR A UN ABOGADO IMMEDIATAMENTE.  SI NO CONOCE A UN ABOGADO, PUEDE LLAMAR A UNA DE LAS OFICINAS DE ASISTENCIA LEGAL QUE APARECEN EN LA GUIA TELEFONICA.

SI DESEA RESPONDER A LA DEMANDA POR SU CUENTA, AL MISMO TIEMPO EN QUE PRESENTA SU RESPUESTA ANTE EL TRIBUNAL, DEBERA USTED ENVIAR POR CORREO O ENTREGAR UNA COPIA DE SU RESPUESTA A LA PERSONA DENOMINADA ABAJO COMBO "PLAINTIFF/PLAINTIFF'S ATTORNEY" (DEMANDANTE O ABOGADO DEL DEMANDANTE).

| | |
|---|---|
| DEMANDANTE O ABOGADO | CALLE |

## IMPORTANT

DES POURSUITES JUDICIARES ONT ETE ENTREPRISES CONTRE VOUS.  VOUS AVEZ 20 JOURS CONSECUTIFS A PARTIR DE LA DATE DE L'ASSIGNATION DE CETTE CITATION POUR DESPOSER UNE REPONSE ECRITE A LA PLAINTE CI-JOINTE AUPRES DE CE TRIBUNAL.  UN SIMPLE COUP DE TELEPHONE EST INSUFFISANT POUR VOUS PROTEGER.  VOUS ESTES OBLIGE DE DEPOSER VOTRE REPONSE ECRITE, AVEC MENTION DU NUMERO DE DOSSIER CI-DESSUS ET DU NOM DES PARTIES NOMINEES ICI, SI VOUS SOUHAITEZ QUE LE TRIBUNAL ENTENDE VOTRE CAUSE.  SI VOUS NE DEPOSEZ PAS VOTRE REPONSE ECRITE DANS LE RELAI REQUIS, VOUS RISQUEZ DE PERDRE LA CAUSE AINSI QUE VOTRE SALAIRE, VOTRE ARGENT, ET VOS BIENS PEUVENT ENTRE SAISIS PAR LA SUITE, SANS AUCUN PREAVIS ULTERIER DU TRIBUNAL.  IL Y A D'AUTRES OBLIGATIONS JURIDIQUES ET VOUS POUVEX REQUERIR LES SERVICES IMMEDIATS D'UN AVDCAT.  SI VOUS NE CONNAISSEX PAS D'AVOCAT, VOUS POUVEZ TELEPHONER A UN SERVICE DE REFERENCE D'AVOCATS OU A UN BUREAU D'ASSISTANCE JURIDIQUE (FIGURANT A L'ANNUAIRE DE TELEPHONES).

SI VOUS CHOISISSEZ DE DEPOSER VOUS-MEME UNE REPONSE ECRITE, IL VOUS FAUDRA EGALEMENT, EN MEME TEMPS QUE CETTE FORMALITE, FAIRE PARVENIR OU EXPEDIER UNE COPIE DE VOTRE REPONSE ECRITE AU "PLAINTIFF/PLAINTIFF'S ATTORNEY" (PLAIGNANT OU A SON AVOCAT) NOMME CI-DESSOUS.

| | |
|---|---|
| PLAIGNANT OU A SON AVOCAT | RUE |

IN ACCORDANCE WITH THE AMERICANS WITH DISABILITIES ACT OF 1990 (ADA), DISABLED PERSONS WHO, BECAUSE OF THEIR DISABILITIES, NEED SPECIAL ACCOMMODATION TO PARTICIPATE IN THIS PROCCEDDING SHOULD CONTACT THE ABOVE COURTHOUSE NO LATER THAN SEVEN BUSINESS DAYS PRIOR TO SUCH PROCEEDING.
DADE COUNTY COURTHOUSE, VOICE TELEPHONE (305) 375-2006; TEXT TELEPHONE (305) 375-2007
BROWARD COUNTY COURTHOUSE, 201 SE 6TH ST., RM.20140,FT. LAUDERDALE, FL 33301 TELEPHONE VOICE/TDD (954) 831-7721

FILE NUMBER: 002061918
S3

## VERIFIED RETURN OF SERVICE

State of Florida      County of BROWARD      County Court

Case Number: COCE-21-021346-52

Plaintiff:
**NORTH BROWARD HOSPITAL DISTRICT**

vs.

Defendant:
**CIGNA HEALTHCARE, INC.**

PIS2021000842

For:
SAGE LAW OFFICES
1300 Sawgrass Corporate Parkway
Suite 140
Sunrise, FL 33323

Received by P.I. SERVICES on the 29th day of April, 2021 at 12:41 pm to be served on **CIGNA HEALTHCARE, INC. R/A CT CORPORATION SYSTEM, 1200 SOUTH PINE ISLAND ROAD, PLANTATION, FL 33324**.

I, JOSEPH MARKER, do hereby affirm that on the **30th day of April, 2021 at 2:10 pm**, I:

**CORPORATE SERVICE:** Served the within named corporation by delivering a true copy of the **SUMMONS & COMPLAINT (20 DAYS)** with the date and hour of service endorsed thereon by me to DONNA MOCH as SECTION HEAD AT CT CORPORATION THE R/A of the within named corporation, in compliance with Florida Statute 48.081 (3) (A)

Under penalty of perjury, I declare that I have read the Foregoing Verified Return of Service and that the facts stated in it are true. F.S.92.525(2). I acknowledge that I am a Certified Process Server in good standing in this jurisdiction. I acknowledge that I have no interest in this action.

JOSEPH MARKER
S.P.S. 613

P.I. SERVICES
1430 S. Dixie Highway
Suite 105, #157
Coral Gables, FL 33146
(305) 666-0142

Our Job Serial Number: PIS-2021000842
Ref: 002061918

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1w

Filing # 125513850 E-Filed 04/23/2021 02:41:11 PM

IN THE COUNTY COURT IN AND FOR
BROWARD COUNTY, FLORIDA

NORTH BROWARD HOSPITAL DISTRICT

                                          CASE NO.
               PLAINTIFF(S)               GENERAL JURISDICTION DIVISION

VS.

CIGNA HEALTHCARE, INC.


               DEFENDANT(S)
_____

                    SUMMONS
          PERSONAL SERVICE ON A NATURAL PERSON

TO: CIGNA HEALTHCARE, INC.        OR: R/A CT CORPROATION SYSTEM
    1601 CHESTNUT STREET
    TWO LIBERTY PLACE                 1200 SOUTH PINE ISLAND RD
    PHILDELPHIA, PA 19192             PLANTATION, FL 33324

                    IMPORTANT
     A LAWSUIT HAS BEEN FILED AGAINST YOU.  YOU HAVE TWENTY (20)
CALENDAR DAYS AFTER THIS SUMMONS IS SERVED ON YOU TO FILE A WRITTEN
RESPONSE TO THE ATTACHED COMPLAINT WITH THE CLERK OF THE COURT.  A PHONE
CALL WILL NOT PROTECT YOU.  YOUR WRITTEN RESPONSE, INCLUDING THE CASE
NUMBER GIVEN ABOVE AND THE NAMES OF THE PARTIES, MUST BE FILED IF
YOU WANT THE COURT TO HEAR YOUR SIDE OF THE CASE.  IF YOU DO NOT
FILE YOUR RESPONSE ON TIME, YOU MAY LOSE THE CASE, AND YOUR WAGES,
MONEY, AND PROPERTY MAY THEREAFTER BE TAKEN WITHOUT FURTHER WARNING
FROM THE COURT.  THERE ARE OTHER LEGAL REQUIREMENTS.  YOU MAY WANT TO
CALL AN ATTORNEY RIGHT AWAY.  IF YOU DO NOT KNOW AN ATTORNEY, YOU MAY
CALL AN ATTORNEY REFERRAL SERVICE OR A LEGAL AID OFFICE (LISTED IN THE
PHONE BOOK).

     IF YOU CHOOSE TO FILE A WRITTEN RESPONSE YOURSELF, AT THE SAME
TIME YOU FILE YOUR WRITTEN RESPONSE TO THE COURT, YOU MUST ALSO MAIL
OR TAKE A COPY OF YOUR WRITTEN RESPONSE TO THE "PLAINTIFF/PLAINTIFF'S
ATTORNEY" NAMED BELOW.

                                  SAGE LAW OFFICES
                                  1300 Sawgrass Corporate Parkway
                                  Suite 140
                                  Sunrise, Florida 33323
                                  (954) 835-0302

EDWARD M. HARVEY, ESQ.
-----------------------------      -------------------------------------
PLAINTIFF/PLAINTIFF'S ATTORNEY     ADDRESS
                                   Email: Eharvey@sagelaw.com
                                   -------------------------------------
TO THE STATE OF FLORIDA
TO EACH SHERIFF OF THE STATE:  YOU ARE COMMANDED TO SERVE THIS SUMMONS
AND A COPY OF THE COMPLAINT IN THIS LAWSUIT ON THE ABOVE NAMED DEFENDANT.
DATED ON: _____APR 26 2021_____.

                         BROWARD                                COUNTY
                         AS CLERK OF
                         BY: _____
                         AS DEPUTY CLERK
                              BRENDA D. FORMAN

FILE NUMBER: 002061918 (CONTINUE DE L-AUTRE COTE)(CONTINUADO POR EL OTRO LADO)

*** FILED: BROWARD COUNTY, FL BRENDA D. FORMAN, CLERK 04/23/2021 02:41:08 PM.****

## IMPORTANTE

USTED HA SIDO DEMANDADO LEGALMENTE. TIENE 20 DIAS, CONTADOS A PARTIR DEL RECIBO DE ESTA NOTIFICACION, PARA CONTESTAR LA DEMANDA ADJUNTA, POR ESCRITO, Y PRESENTARIA ANTE ESTE TRUBUGAL. UNA LLAMADA TELEFONICA NO LO PROTEGERA. SI USTED DESEA QUE EL TRIBUNAL CONSIDERE SU DEFENSA, DEBE PRESENTAR SU RESPUESTA POR ESCRITO, INCLOYENDO EL NUMERO DEL CASO Y LOS NOMBRES DE LAS PARTES INTERESADAS. SI USTED NOCONTESTA LA DEMANDA A TIEMPO, PUDIESE PERDER EL CASO Y PODRIA SER DESPOJADO DE SUS INGRESOS Y PROPRIEDADES, A PRIVADO DE SUS DERECHOS, SIN PREVIO AVISO DEL TRIBUNAL. EXISTEN OTROS REQUISITOS LEGALES. SI LO DESEA, PUEDE USTED CONSULTAR A UN ABOGADO IMMEDIATAMENTE. SI NO CONOCE A UN ABOGADO, PUEDE LLAMAR A UNA DE LAS OFICINAS DE ASISTENCIA LEGAL QUE APARECEN EN LA GUIA TELEFONICA.

SI DESEA RESPONDER A LA DEMANDA POR SU CUENTA, AL MISMO TIEMPO EN QUE PRESENTA SU RESPUESTA ANTE EL TRIBUNAL, DEBERA USTED ENVIAR POR CORREO O ENTREGAR UNA COPIA DE SU RESPUESTA A LA PERSONA DENOMINADA ABAJO COMBO "PLAINTIFF/PLAINTIFF'S ATTORNEY" (DEMANDANTE O ABOGADO DEL DEMANDANTE).

_____     _____
DEMANDANTE O ABOGADO                 CALLE

## IMPORTANT

DES POURSUITES JUDICIARES ONT ETE ENTREPRISES CONTRE VOUS. VOUS AVEZ 20 JOURS CONSECUTIFS A PARTIR DE LA DATE DE L'ASSIGNATION DE CETTE CITATION POUR DESPOSER UNE REPONSE ECRITE A LA PLAINTE CI-JOINTE AUPRES DE CE TRIBUNAL. UN SIMPLE COUP DE TELEPHONE EST INSUFFISANT POUR VOUS PROTEGER. VOUS ESTES OBLIGE DE DEPOSER VOTRE REPONSE ECRITE, AVEC MENTION DU NUMERO DE DOSSIER CI-DESSUS ET DU NOM DES PARTIES NOMINEES ICI, SI VOUS SOUHAITEZ QUE LE TRIBUNAL ENTENDE VOTRE CAUSE. SI VOUS NE DEPOSEZ PAS VOTRE REPONSE ECRITE DANS LE RELAI REQUIS, VOUS RISQUEZ DE PERDRE LA CAUSE AINSI QUE VOTRE SALAIRE, VOTRE ARGENT, ET VOS BIENS PEUVENT ENTRE SAISIS PAR LA SUITE, SANS AUCUN PREAVIS ULTERIER DU TRIBUNAL. IL Y A D'AUTRES OBLIGATIONS JURIDIQUES ET VOUS POUVEX REQUERIR LES SERVICES IMMEDIATS D'UN AVDCAT. SI VOUS NE CONNAISSEX PAS D'AVOCAT, VOUS POUVEZ TELEPHONER A UN SERVICE DE REFERENCE D'AVOCATS OU A UN BUREAU D'ASSISTANCE JURIDIQUE (FIGURANT A L'ANNUAIRE DE TELEPHONES).

SI VOUS CHOISISSEZ DE DEPOSER VOUS-MEME UNE REPONSE ECRITE, IL VOUS FAUDRA EGALEMENT, EN MEME TEMPS QUE CETTE FORMALITE, FAIRE PARVENIR OU EXPEDIER UNE COPIE DE VOTRE REPONSE ECRITE AU "PLAINTIFF/PLAINTIFF'S ATTORNEY" (PLAIGNANT OU A SON AVOCAT) NOMME CI-DESSOUS.

_____     _____
PLAIGNANT OU A SON AVOCAT            RUE

IN ACCORDANCE WITH THE AMERICANS WITH DISABILITIES ACT OF 1990 (ADA), DISABLED PERSONS WHO, BECAUSE OF THEIR DISABILITIES, NEED SPECIAL ACCOMMODATION TO PARTICIPATE IN THIS PROCEDDING SHOULD CONTACT THE ABOVE COURTHOUSE NO LATER THAN SEVEN BUSINESS DAYS PRIOR TO SUCH PROCEEDING.
DADE COUNTY COURTHOUSE, VOICE TELEPHONE (305) 375-2006; TEXT TELEPHONE (305) 375-2007
BROWARD COUNTY COURTHOUSE, 201 SE 6TH ST., RM.20140,FT. LAUDERDALE, FL 33301 TELEPHONE VOICE/TDD (954) 831-7721

FILE NUMBER: 002061918
S3